690

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

44 So.2d 916

**Bob LEWIS v. STATE.**

**8 Div. 847.**

Court of Appeals of Alabama.

Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

44 So.2d 36

**Horace LEWIS v. STATE.**

**6 Div. 811.**

Court of Appeals of Alabama.

Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Assault and battery.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

44 So.2d 917

**Robert LEWIS v. STATE.**

**8 Div. 840.**

Court of Appeals of Alabama.

Jan. 31, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

44 So.2d 917

**Fannie Ida LINTON v. STATE.**

**6 Div. 665.**

Court of Appeals of Alabama.

Jan. 17, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Assault with weapon.

A. A. Carmichael, Atty. Gen., and Jas. T. Hardin, Asst. Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

44 So.2d 917

**Grover LIPHAM v. STATE.**

**7 Div. 9.**

Court of Appeals of Alabama.

Jan. 17, 1950.

Appeal from Circuit Court, Calhoun County; Leslie C. Longshore, Judge.

Transporting.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.